UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 09-22593-CIV-JORDAN

| | |
|---|---|
| JEANNETTE HAUSLER, | ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| THE REPUBLIC OF CUBA, et al., | ) ) |
| Defendants, | ) ) |
| vs. | ) ) |
| EMPRESA CUBANA DEL TABACO, et al., | ) ) ) |
| Garnishee. | ) ) |

**ORDER**

The plaintiffs' motion for an order holding ETECSA and the Republic of Cuba in default and directing sale of their of property [D.E. 67] is DENIED WITHOUT PREJUDICE. Pursuant to my previous order staying and administratively closing the case [D.E. 65], the parties were required to file a motion to lift or otherwise affect the stay of this impleader action with notice to Bacardi. The plaintiffs have not filed any such a motion to lift the stay, nor have I lifted the stay, prior to the filing of this motion. Accordingly, this case remains stayed and administratively closed. The plaintiffs may file a motion to lift the stay with notice to Bacardi, and, if it is granted, may then re-file this motion.

DONE and ORDERED in chambers in Miami, Florida, this 1st day of October, 2010.

_____
Adalberto Jordán
United States District Judge

Copy to:   All counsel of record