UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **09-22593-CIV-JORDAN**

**JEANNETTE HAUSLER as Successor Personal Representative of the Estate of ROBERT OTIS FULLER ("BOBBY FULLER"), Deceased,**

   Plaintiff

vs.

**THE REPUBLIC OF CUBA, et al.,**

   Defendant.
_____/

## NOTICE OF CHANGE OF ADDRESS

Attorney **Lindsey Frank** files this Notice of Change of Address in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

Law Firm: **Rabinowitz, Boudin, Standard, Krinsky & Lieberman, P.C.**

Address: **45 Broadway, Suite 1700**
**New York, NY   10006-3791**
**Tel: (212) 254-1111**
**Fax: (212) 674-4614**

### Certificate of Service

**I hereby certify** that a true and correct copy of the Notice of Change of Address was furnished via electronic filing, U.S. Mail and/or facsimile to:

**Roberto Martinez, Esq., Karen Stewart, Esq. and Alfonso Perez, Esq., attorneys for plaintiffs via CM/ECF; by DHL/World Wide Express upon the persons or entities in Havana, Cuba at the addresses listed on the Service List; and by United States first-class mail on the remaining persons or entities listed on the Service List on this 15th day of December, 2010.**

Dated: **December 15, 2010**

Respectfully submitted,

**Lindsey Frank**
*Attorney Name*                              *Bar Number*

**lfrank@rbskl.com**
*Attorney E-mail Address*

**Rabinowitz, Boudin, Standard, Krinsky & Lieberman, P.C.**
*Firm Name*

**45 Broadway, Suite 1700**
*Street Address*

**New York, NY   10006-3791**
*City, State, Zip Code*

**(212) 254-1111**                **(212) 674-4614**
*Telephone: (xxx)xxx–xxxx*        *Facsimile: (xxx)xxx–xxxx*

**Empresa Cubana del Tabaco and Empresa Cubana Exportadora**
*Attorneys for Plaintiff/Defendant [Party Name(s)]*

**Jeannette Hausler *et al*. vs. The Republic of Cuba, *et al*.**
Case No. 09-22593-Civ-Jordan
United States District Court, Southern District of Florida

**SERVICE LIST**

Roberto Martinez, Esq.
Colson Hicks Eidson
255 Aragon Avenue
Coral Gables, FL 33134
Tel. No. 305 476-7400
Fac. No. 305 476-7444
Attorney for Plaintiffs

Alfonso Perez, Esq.
Rasco Reininger Perez Esquenazi & Vigil P.A.
283 Catalonia Avenue
Coral Gables, FL 33134
Tel. No. 305 476-7100
Fac. No. 305 476-7102
Attorney for Plaintiffs

The Republic of Cuba
Bruno Rodriguez Parrilla
El Ministerio de Relaciones Exteriores
Calzada 360, Vedado
Havana, Cuba

Fidel Castro Ruz
Aranguren entre Carlos Manuel de Cespedes y
Avenida de la Independencia
Plaza de la Revolucion
Havana, Cuba

Raul Castro Ruz
Avenida de la independencia, esquina 20 de mayo,
Plaza de la Revolucion
Havana, Cuba

Cuban Revolutionary Armed Forces
(Las Fuerzas Armadas Revolucionarias Cubanas)
Avenida de la Independencia, esquina 20 de mayo
Plaza de la Revolucion
Havana, Cuba

The Ministry of the Interior
(EI Ministerio del Interior)
Aranguren entre Carlos Manuel de Cespedes y
Avenida de la Independencia
Plaza de la Revolucion
Havana, Cuba

Empresa De Telecomunicaciones De Cuba S.A. a/k/a ETECSA
Ave 3ra el 76 y 78
Miramar Playa,
Playa, Havana
  And
Ave De Belgica 610
Havana Vieja

The Honorable John J. Doll
Acting Under Secretary of Commerce for Intellectual Property and
Acting Director of the U.S. Patent and Trademark Office
Madison Building West
600 Dulany Street
Suite 10 D 44
Alexandria, VA 22314

Jacqueline Levasseur Patt, Esq
Venable Law Firm
P.O. Box 34385
Washington, D.C. 20045-9998
For Empresa De Telecomunicaciones De Cuba S.A. a/k/a ETECSA

Ira J. Kurzban, Esq.
Kurzban Kurzban Weinger & Tetzeli, P.A.
2650 S.W. 27th Avenue, 2d Floor
Miami, Florida 33133
-and-
Michael R. Krinsky, Esq.
David B. Goldstein, Esq.
Rabinowitz, Boudin, Standard, Krinsky & Lieberman, P.C.
111 Broadway, Room 1102
New York, NY 10006
Attorneys for Empresa Cubana del Tabaco, d/b/a Cubatabaco and
Empresa Cubana Exportadora de Alimentos y Productos Varios d/b/a Cubaexport
-and-
Attorneys for Camara de Comercio

2

Marty Steinberg, Esq.
Ellen Ross Belfer, Esq.
Hunton & Williams LLP
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
-and-
Oscar M. Garibaldi, Esq.
Emily Johnson Henn, Esq.
Hope Hamilton, Esq.
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Attorneys for Bacardi & Company Limited and Bacardi U.S.A. Inc.