UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-22593-CIV-JORDAN

JEANNETTE FULLER HAUSLER as Successor
Personal Representative of the Estate of ROBERT
OTIS FULLER, ("BOBBY FULLER") Deceased,

  Plaintiff/ Judgment Creditor,

vs.

THE REPUBLIC OF CUBA, et al.,

  Defendants/Judgment Debtors,

vs.

EMPRESA CUBANA del TABACO (d/b/a
CUBATABACO), EMPRESA CUBANA
EXPORTADORA de ALIMENTOS y PRODUCTOS
VARIOS (d/b/a CUBAEXPORT), and EMPRESA de
TELECOMUNICACIONES de CUBA S.A.,

  Impleader Defendants.
_____/

## STATUS REPORT

Plaintiff, Jeannette Fuller Hausler as Successor Personal Representative of the Estate of Robert Otis Fuller, by and through the undersigned counsel, hereby files the Status Report required by this Court pursuant to its Order [D.E. 65], dated June 2, 2010 and states as follows:

(i) *Empresa Cubana Exportadora de Alimento y Productos Varios v. U.S. Dep't of Treasury, et al.*, Case No. 09-5196 (D.C. Cir.). The appeal is fully briefed.

(ii) In the Matter of Registration No. 1,031,651, Cubaexport's petition pursuant to 37 C.F.R. § 2.146(a), filed October 4, 2006 (P.T.O.). This matter remains suspended.

(iii) *Bacardi & Co., Ltd., et al. v. Empresa Cubana Exportadora de Alimentos y Productos Varios*, Case No. 04-00519 (D.D.C.). This action remains stayed.

(iv) *Galleon, S.A., et al. v. Havana Club Holdings, S.A. and Empresa Exportadora de Alimentos y Productos Varios*, Cancellation No. 92-024108 (TTAB). This proceeding remains suspended.

DATED: January 14, 2011

Respectfully submitted,

  s/ Enid Duany Mendoza
Enid Duany Mendoza
Florida Bar No. 0881058
enid@colson.com
Roberto Martinez
Florida Bar No. 305996
bob@colson.com
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Telephone: (305) 476-7400
Facsimile: (305) 476-7444
Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 14, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

  s/ Enid Duany Mendoza
Enid Duany Mendoza

24420897_1.DOC

## SERVICE LIST

<u>Via CM/ECF</u>

Ira J. Kurzban, Esq.
Geoffrey A. Hoffman, Esq.
Kurzban Kurzban Weinger & Tetzeli, P.A.
2650 S.W. 27th Ave., 2nd Floor
Miami, FL 33133
Attorneys for Empresa Cuban del Tabaco, d/b/a Cubatabaco ("Cubatabaco") and
Empresa Cubana Exportadora de Alimentos y Productos Varios a/k/a Cubaexport

Alfonso J. Perez , Jr., Esq.
Rasco Reininger Perez & Esquenazi
283 Catalonia Avenue
2nd Floor
Coral Gables , FL 33134-6700
Co-counsel for Plaintiff

Michael Krinsky, Esq.
David B. Goldstein, Esq.,
Lindsey Frank, Esq.
Rabinowitz, Boudin, Standard, Krinsky
111 Broadway
Suite 1102
New York, New York  10006-1901
For: Empresa Cubana del Tabaco a/k/a Cubatabaco

Martin Leonard Steinberg, Esq.
Ellen Ross Belfer, Esq.
Hunton & Williams
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
For: Bacardi & Company, Limited